# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5

Date: 8/2/16 Time: 2:00 p.m.

Defendant: MATTHEW GIBSON  J#: BOND  Case #: 16-20524-CR-SCOLA

AUSA: Robert Leiner  Attorney:

Violation: CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD

Surr/Arrest Date: 8/1/2016  YOB:

Proceeding: Initial Appearance  CJA Appt: J. Friedman

Bond/PTD Held: ☐ Yes ☒ No  Recommended Bond:

Bond Set at: $100,000 PSB /NDFL (Gainesville)  Co-signed by:

☒ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

☒ Other: Reside w/ sister Pembroke Pines, FL

Disposition: advised. Rule 5 Papers AFPD Assigned to co-deft

Swam — Appt CJA — Jonathan Friedman $100,000 PSB co-signed by mother — may be released today all spec. cond. set N.D. Fl. remain full force + effect.

Time from today to ___ excluded from Speedy Trial Clock

3 days to sign Bond by mother

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal: 8/5/16 10 AM
Status Conference RE:
D.A.R. 14:28:57  Time in Court: 7

s/Edwin G. Torres
Magistrate Judge

Please see attachment for spec. cond's.

# INTRODUCTION:

On July 28, 2016, the defendant initially appeared before the Honorable Judge Gary R. Jones. At the time, the defendant was temporarily detained pending his detention/removal hearings.

On July 29, 2016, the defendant appeared before the Honorable Judge Gary R. Jones. At that time, the defendant was released on a $100,000 unsecured bond with the following special conditions:

1-The defendant shall not commit any offense in violation of federal, state or local law while on release in this case

2-Report to Pretrial Services as directed

3-Appear at all proceedings required and shall surrender for service of any sentence imposed

16-20524-CR-Scola
Matthew Gibson

Page 1

PS3 (12/05-Rev. for PACTS 6/11)                                         Matthew Gibson, / Unassigned

4-Seek and maintain employment (Defendant is not permitted to work as a leasing agent at College Park Apartments or as a health insurance agent. Defendant is prohibited from employment with access to personal identification of third parties.

5-Obtain no passport or other international travel document

6-Travel is restricted to the Southern and Northern Districts of Florida

7-Avoid contact with co-defendants, Nesley Brutus and Rachel Major

8-May not possess a firearm

9-Refrain from using or possessing a narcotic drug or other controlled substances unless with prior approval or prescribed by a licensed medical practitioner.

10-Substance abuse testing and treatment

11-Refrain from obstructing or attempting to obstruct or tamper with substance abuse or electronic monitoring

12-Participate in GPS as directed

13-Report and contract with law enforcement