# COURT MINUTES

Page 1

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5  Date: 8/5/16  Time: 10:00 a.m.

Defendant: Matthew Gibson  J#: On Bond  Case #: 16-20524-Cr-Scola
AUSA: Michael Nadler  Attorney: Jonathan Friedman-CJA
Violation: Consp/Access Device Fraud; Use/Unauth Access Devices; Aggravated ID Theft
Proceeding: Arraignment  CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:
Bond Set at: Stip. $100k Psb  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☑ Other: To reside in Gainesville @ address stated on record

Language: English

Disposition: Sworn & Advised

Reading of Indictment Waived
Not Guilty plea entered
Jury trail demanded
Standing Discovery Order requested

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 09:59:10  Time in Court: 2 min.